**Order entered February 11, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00802-CR**
**No. 05-20-00803-CR**

**KENDRICK ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-39259-Q & F17-60335-Q**

**ORDER**

Before the Court is appellant's February 10, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on March 10, 2021.

/s/    LANA MYERS
        JUSTICE